In the Matter of the Estate of HAZEL B. TRUESDELL, Deceased. ELIZABETH J. WEST, Appellant; RICHARD N. LEIN et al., as Coexecutors of HAZEL B. TRUESDELL, Deceased, et al., Respondents.—Decree unanimously affirmed without costs for reasons stated in the decision at Niagara County Surrogate's Court, DiFlorio, S. (Appeal from decree of Niagara County Surrogate's Court, DiFlorio, S.—will construction.) Present—Dillon, P. J., Boomer, Balio, Lawton and Davis, JJ.